UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| SYLVIA WISEMAN, | ) |
| Plaintiff, | ) |
| vs. | ) 1:12-cv-01337-SEB-DML |
| PRUDENTIAL INSURANCE COMPANY OF AMERICA, CNO SERVICES, LLC GROUP INSURANCE PLAN, | ) |
| Defendants. | ) |

## **JUDGMENT**

Pursuant to the Court's ruling simultaneously entered on this date, final judgment is hereby entered in favor of Defendants and against Plaintiff.

IT IS SO ORDERED.

Date: _____9/24/2014_____ _____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

1

Distribution:

Bridget L. O'Ryan
O'RYAN LAW FIRM
boryan@oryanlawfirm.com

Nicholas Thomas Lavella
O'RYAN LAW FIRM
nlavella@oryanlawfirm.com

Amanda A. Sonneborn
SEYFARTH SHAW LLP
asonneborn@seyfarth.com

Megan E. Troy
SEYFARTH SHAW LLP
mtroy@seyfarth.com